IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

-------------------------------------------------------------------X
REDBRICK VENTURES LTD.,
and PRIMESHIPPING INTERNATIONAL

    Plaintiff,

                                Civil Action No.
                                1:21-cv-00083-KD-M

-vs-
                                IN ADMIRALTY

CAC MARITIME LTD.

    Defendant
-------------------------------------------------------------------X

**PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL**

    PLEASE TAKE NOTICE that the above-entitled action is hereby voluntarily dismissed without prejudice by Plaintiffs as to Defendant, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).  Defendant has not appeared, answered, or filed a motion for summary judgment in this action.  No costs are to be assessed to any party.

Dated:   March 31, 2021                        *s/Charles J. Potts*
                                                      CHARLES J. POTTS (POTTC0053)
                                                        Attorney for Plaintiff's Redbrick Ventures Ltd. and
                                                        Primeshipping International
                                                        OF COUNSEL:
                                                        BRISKMAN & BINION, P.C.
                                                        Post Office Box 43
                                                        Mobile, Alabama 36601
                                                        T: (251) 433-7600
                                                        F: (251) 433-4485
                                                        cpotts@briskman-binion.com

**CERTIFICATE OF SERVICE**

    I hereby certify that I have served the foregoing notice on all parties and counsel of record as listed below by electronic notice of the Court's CM/ECF online filing system in which same was e-file don this the 31st day of March, 2021.

J. Stephen Simms, Esquire
SIMMS SHOWERS LLP
201 International Circle
Baltimore, MD 21030

T: (443) 290-8704
jssimms@simmsshowers.com
*Attorney for Stiegler Shipping*

CAC Maritime, LTD
C/o Timothy Jay Houseal
Young, Conaway, Stargett & Taylor LLP
1000 North King Street
Wilmington, DE 19801
*Defendant*

                 *s/Charles J. Potts*
                 Of Counsel